# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2661
_____

EMMANUEL FORREST LOCKHART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

December 31, 2018

PER CURIAM.

Appellant, Emmanuel Forrest Lockhart, appeals from a judgment and sentence for attempted first-degree murder with a firearm, attempted robbery with a firearm, and burglary while armed. He raises three issues on appeal, as to the first two of which we affirm without discussion.

In his third issue, Appellant asserts that his sentences violate the constitutional prohibition on excessive punishments and we should extend the *Graham v. Florida*, 560 U.S. 48 (2010), line of cases to adult offenders. Appellant urges us to require sentencing courts to focus on offenders' actual mental age on a case-by-case basis given the rationales of the *Graham* line of cases and the neurological research showing that the brain continues to develop

until the mid-twenties. We affirm on the authority of *Romero v. State*, 105 So. 3d 550 (Fla. 1st DCA 2012). *See also McCray v. State*, 247 So. 3d 721 (Fla. 1st DCA 2018); *Wilson v. State*, 249 So. 3d 800 (Fla. 1st DCA 2018); *Jean-Michel v. State*, 96 So. 3d 1043 (Fla. 4th DCA 2012).

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Joanna A. Mauer, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.